# United States Court of Appeals
## For the First Circuit

No. 03-2221

IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION,

WILLIAM LOMAS, On Behalf of Himself
and All Others Similarly Situated,

Plaintiffs, Appellees,

v.

TRAVELERS PROPERTY CASUALTY CORP.,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on July 16, 2004, is amended as follows:

page 7, line 8:  delete the word "arbitration" following "motion to stay."